UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JAMES J QUANCE, JR. § Case No. 6:10-bk-19049-ABB
AMANDA BRUMLEY QUANCE §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard B. Webber, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter ___ on ___.  The case was pending for ___ months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/Richard B. Webber_____
                                                                  Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Lexus Financial Service<br>12735 Morris Road<br>Alpharetta, GA  30 |  |  |  |  |  |
|  | WF Financial POB 7648<br>Boise, ID  83707 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Internal Revenue Service | | | | | |
| 4 | Ford Motor Credit Company LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard B. Webber II | | | | | |
| Richard B. Webber II | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| Bank of Kansas City | | | | | |
| Bank of Kansas City | | | | | |
| Bank of Kansas City | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zimmerman, Kiser & Sutcliffe, P.A. | | | | | |
| Zimmerman, Kiser & Sutcliffe, P.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Internal Revenue Service | | | | | |
| 14 | Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Infosource Lp As Agent for | | | | | |
| 6 | American Infosource Lp As Agent for | | | | | |
| 1 | B-Line, LLC | | | | | |
| 2 | B-Line, LLC | | | | | |
| | Brighthouse Networks c/o Credit Management LP POB 118288 Car | | | | | |
| 7 | Capital One Bank (USA), N.A. | | | | | |
| 8 | Capital One Bank (USA), N.A. | | | | | |
| 9 | Capital One Bank (USA), N.A. | | | | | |
| 10 | Capital One Bank (USA), N.A. | | | | | |
| | Child Support Enforcement 3670 N L St Ste B Pensacola, FL  3 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citgo Oil / Citibank Attn Centralized Bankruptcy POB 20432 K |  |  |  |  |  |
|  | Citibank SD NA Attn Centralized Bankruptcy POB 20507 Kansas |  |  |  |  |  |
|  | Citibank USA Attn Centralized Bankruptcy POB 20363 Kansas Ci |  |  |  |  |  |
|  | Citibank USA Attn Centralized Bankruptcy POB 20363 Kansas Ci |  |  |  |  |  |
|  | DSNB Bloom Bankruptcy POB 8053 Mason, OH  45040 |  |  |  |  |  |
|  | DSNB Bloomingdales Attn Bankruptcy POB 8053 Mason, OH  45040 |  |  |  |  |  |
|  | DSNB Macys Attn Bankruptcy POB 8053 Mason, OH  45040 |  |  |  |  |  |
| 5 | Dell Financial Services L.L.C. |  |  |  |  |  |
| 12 | Ever and Company PA CPAs |  |  |  |  |  |
| 18 | GE Money Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Attn Bankruptcy POB 5213 Carol Stream, IL 60197 | | | | | |
| 17 | HSBC Bank Nevada, N.A. | | | | | |
| | HSBC Bank POB 5213 Carol Stream, IL  60197 | | | | | |
| | HSBC Bank POB 5253 Carol Stream, IL  60197 | | | | | |
| | HSBC Bank/Orchard Bank POB 5213 Carol Stream, IL 60197 | | | | | |
| 14 | Internal Revenue Service | | | | | |
| 11 | Lexus Financial Services | | | | | |
| | Macys/FDSB Attn Bankruptcy POB 8053 Mason, OH  45040 | | | | | |
| | MediConnect 10897 S River Front Pkwy Ste 500 South Jordan, U | | | | | |
| 16 | PYOD LLC its successors and assigns as assignee of | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target POB 59317 Minneapolis, MN  55459 | | | | | |
| | Target POB 59317 Minneapolis, MN  55459 | | | | | |
| 15 | The Bank Of New York Mellon Corp | | | | | |
| | Wachovia Bank Lakeview Financial Center 1460 Coral Ridge Dr | | | | | |
| | Wells Fargo Financial National Bank 4137 121st Street Urband | | | | | |
| | Wells Fargo Financial National Bank Attn Bankruptcy 4137 121 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-19049 ABB | Judge: Arthur B Briskman | Trustee Name: | Richard B. Webber II |
| Case Name: | JAMES J QUANCE, JR. | | Date Filed (f) or Converted (c): | 10/25/10 (f) |
| | AMANDA BRUMLEY QUANCE | | 341(a) Meeting Date: | 12/09/10 |
| For Period Ending: 11/09/12 | | | Claims Bar Date: | 04/17/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 30.00 | 0.00 | | 0.00 | FA |
| 2 | Wachovia Business Checking Acct x7252 (Joint owner: Life Ins | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Wachovia Joint Checking Acct x3061 | 492.05 | 0.00 | | 0.00 | FA |
| 4 | Books, pictures | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | White gold wedding band, white gold wedding band set with sm | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 2002 Ford F150 Pickup Truck (VIN: 1FTRW08L22KD16186) 97,548 | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2003 Lexus ES 300 (VIN: JTHBF30G636006469) 77,000 Miles (Joi | 8,325.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 Ford F250 Pickup Truck (VIN: 1FTSW21P36ED53424) 43,000 | 18,000.00 | 0.00 | | 0.00 | FA |
| 10 | Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Trust acct of James L Homich, Atty | 55,000.00 | 55,000.00 | | 55,000.00 | FA |
| 12 | 1995 Ford Mustang | 4,000.00 | 0.00 | | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 8.04 | Unknown |

TOTALS (Excluding Unknown Values)         $94,697.05         $55,000.00         $55,008.04

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Money in trust account of attorney for lawsuit
1/12/11 - trust acct money rec'd from atty Homich
1/12 - set up in profiles 11000-31
3/2 - app to hire ZKS granted
4/27 - motion to dismiss adv proc's filed - pre-trial conf. set for 5/17/11 at 10:30am
5/19 - amended AP filed
6/6 - motion to dismiss amended AP filed on Life Ins. case

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-19049    ABB | Judge: Arthur B Briskman | Trustee Name: | Richard B. Webber II |
| Case Name: | JAMES J QUANCE, JR. | | Date Filed (f) or Converted (c): | 10/25/10 (f) |
| | AMANDA BRUMLEY QUANCE | | 341(a) Meeting Date: | 12/09/10 |
| For Period Ending: 11/09/12 | | | Claims Bar Date: | 04/17/11 |

6/7 - answer to amended complaint filed in Quance case
8/24 - AP reassigned to Judge Benjamin Cohen - new case # is 6:11-ap-00018-BGC
10/24 - hearing held, trial set for 12/7/11 @ 1:00 pm - con't to 2/22/12
2/10/12 - joint settlement agreement filed, waiting on order approving from Court
3/8 - order on compromise granted - check sent
3/9 - Claims review complete
3/9 - motion to allow sec claim 4 filed
3/14 - motion to allow sec claim 4 granted
4/24 - fee app for firm filed
6/25 - stale check re-issued to Bank of NY Mellon
7/17 - ttee fee app filed
7/23 - TFR sent to UST
8/20 - TFR filed w/Court
8/21 - NFR filed, obj date up 9/11/12
9/20 - TFR approved by Judge
9/25 - ttee fee app granted
10/2 - Checks printed
11/12 - TDR sent to UST


Initial Projected Date of Final Report (TFR):   12/31/11        Current Projected Date of Final Report (TFR):   12/31/12

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-19049
Case Name: JAMES J QUANCE, JR.
　　　　　　AMANDA BRUMLEY QUANCE
Taxpayer ID No: XX-XXX0801
For Period Ending: 11/09/12

Trustee Name: Richard B. Webber II
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX6128 - Money Market Account
Blanket Bond (per case limit): $33,900,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/12/11 | 11 | James Homich<br>621 E 5th Avenue<br>Mount Dora, FL 32757-5625 | money in atty trust acct for lawsuit | 1129-000 | 55,000.00 | | 55,000.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 1.05 | | 55,001.05 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 55,001.47 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,001.94 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 55,002.39 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,002.86 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 55,003.31 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,003.78 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,004.25 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 55,004.70 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 55,005.17 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 70.07 | 54,935.10 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.45 | | 54,935.55 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 67.73 | 54,867.82 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 54,868.28 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 67.65 | 54,800.63 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.47 | | 54,801.10 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 71.87 | 54,729.23 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.43 | | 54,729.66 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 65.05 | 54,664.61 |
| 03/09/12 | 000301 | The Bank Of New York Mellon Corp<br>c/o John D. Metcalf<br>McLin & Burnsed, P.A.<br>PO Box 491357<br>Leesburg, FL 34749-1357 | per compromise granted by court on 3/8/12, doc # 39 | 7100-000 | | 27,364.62 | 27,299.99 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 27,300.45 |
| | | | Page Subtotals | | 55,007.44 | 27,706.99 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 10-19049
Case Name: JAMES J QUANCE, JR.
AMANDA BRUMLEY QUANCE
Taxpayer ID No: XX-XXX0801
For Period Ending: 11/09/12

Trustee Name: Richard B. Webber II
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX6128 - Money Market Account
Blanket Bond (per case limit): $33,900,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 67.21 | 27,233.24 |
| 04/20/12 | INT | BANK OF AMERICA, N.A. | | 1270-000 | 0.29 | | 27,233.53 |
| 04/20/12 | | Transfer to Acct#XXXXXX0038 | Transfer of Funds | 9999-000 | | 27,233.53 | 0.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | interest from bank | 1270-000 | 0.31 | | 0.31 |
| 06/20/12 | 000301 | The Bank Of New York Mellon Corp c/o John D. Metcalf McLin & Burnsed, P.A. PO Box 491357 Leesburg, FL 34749-1357 | creditor let check go stale - re-issued 6/20/12 | 7100-000 | | -27,364.62 | 27,364.93 |
| 06/20/12 | 000302 | The Bank Of New York Mellon Corp c/o John D. Metcalf McLin & Burnsed, P.A. PO Box 491357 Leesburg, FL 34749-1357 | cannot print - have to wire funds to BOK then print | 7100-000 | | -27,364.93 | 54,729.86 |
| 06/20/12 | 000302 | The Bank Of New York Mellon Corp c/o John D. Metcalf McLin & Burnsed, P.A. PO Box 491357 Leesburg, FL 34749-1357 | per compromise granted by court on 3/8/12, doc # 39 | 7100-000 | | 27,364.93 | 27,364.93 |
| 06/22/12 | | Transfer to Acct#XXXXXX0038 | Transfer of Funds | 9999-000 | | 27,364.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 55,008.04 | 55,008.04 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 54,598.46 | |
| Subtotal | 55,008.04 | 409.58 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 55,008.04 | 409.58 | |

Page Subtotals    0.60    27,301.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 10-19049
Case Name: JAMES J QUANCE, JR.
AMANDA BRUMLEY QUANCE
Taxpayer ID No: XX-XXX0801
For Period Ending: 11/09/12

Trustee Name: Richard B. Webber II
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0038 - Checking Account
Blanket Bond (per case limit): $33,900,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/20/12 | | Transfer from Acct#XXXXXX6128 | Transfer of Funds | 9999-000 | 27,233.53 | | 27,233.53 |
| 05/14/12 | | Bank of Kansas City | Bank Service Fee for April 2012 | 2600-000 | | 11.05 | 27,222.48 |
| 06/14/12 | | Bank of Kansas City | bank service fee | 2600-000 | | 31.13 | 27,191.35 |
| 06/22/12 | | Transfer from Acct#XXXXXX6128 | Transfer of Funds | 9999-000 | 27,364.93 | | 54,556.28 |
| 06/25/12 | 001001 | The Bank Of New York Mellon Corp c/o John D. Metcalf McLin & Burnsed, P.A. PO Box 491357 Leesburg, FL 34749-1357 | per settlement agreement | 7100-000 | | 27,364.62 | 27,191.66 |
| 07/16/12 | | Bank of Kansas City | BANK OF KANSAS C ANALYSIS 071612 1 | 2600-000 | | 39.19 | 27,152.47 |
| 10/02/12 | 001002 | Richard B. Webber II PO Box 3000 Orlando FL 32802-3000 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 6,000.40 | 21,152.07 |
| 10/02/12 | 001003 | Richard B. Webber II PO Box 3000 Orlando FL 32802-3000 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2200-000 | | 124.53 | 21,027.54 |
| 10/02/12 | 001004 | Zimmerman, Kiser & Sutcliffe, P.A. PO Box 3000 Orlando, FL 32802-3000 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) Attorney fees | 3110-000 | | 15,329.00 | 5,698.54 |
| | | | Page Subtotals | | 54,598.46 | 48,899.92 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Page: 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-19049
Case Name: JAMES J QUANCE, JR.
            AMANDA BRUMLEY QUANCE
Taxpayer ID No: XX-XXX0801
For Period Ending: 11/09/12

Trustee Name: Richard B. Webber II
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0038 - Checking Account
Blanket Bond (per case limit): $33,900,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/12 | 001005 | Zimmerman, Kiser & Sutcliffe, P.A.<br>PO Box 3000<br>Orlando, FL 32802-3000 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.)<br>expenses | 3120-000 | | 594.40 | 5,104.14 |
| 10/02/12 | 001006 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | (Final distribution to Claim 14, representing a Payment of 9.24% per court order.) | 4110-000 | | 5,104.14 | 0.00 |

```
                                            COLUMN TOTALS                         54,598.46      54,598.46         0.00
                                              Less: Bank Transfers/CD's           54,598.46           0.00
                                            Subtotal                                   0.00      54,598.46
                                              Less: Payments to Debtors                0.00           0.00
                                            Net                                        0.00      54,598.46

                                                                                                 NET             ACCOUNT
                                            TOTAL OF ALL ACCOUNTS             NET DEPOSITS    DISBURSEMENTS       BALANCE
            Money Market Account - XXXXXX6128                                    55,008.04         409.58           0.00
            Checking Account - XXXXXX0038                                             0.00      54,598.46           0.00
                                                                                -------------   -------------    -----------
Total Allocation Receipts:            0.00                                       55,008.04      55,008.04           0.00
Total Net Deposits:              55,008.04                                      =============   =============    ===========
Total Gross Receipts:            55,008.04                                      (Excludes account (Excludes payments  Total Funds on
                                                                                   transfers)      to debtors)         Hand
```

Page Subtotals                                                                        0.00       5,698.54

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*